NATHAN P. TAFT, Appellant, Respondent, v. UNITED GRAPE PRODUCTS, INCOR-

PORATED, Respondent, and ROBERT W. MORRIS, Appellant, Respondent.—Appeal taken by defendant Morris from judgment in favor of plaintiff and dismissing the complaint as to the defendant United Grape Products, Inc., dismissed, with costs to defendant United Grape Products, Inc. Appeal taken by plaintiff from part of judgment dismissing the complaint as to United Grape Products, Inc., dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.